[362 N.C. 84 (2007)]

IN THE MATTER OF T.J.D.W. AND J.J.W.

No. 202A07

(Filed 7 December 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 182 N.C. App. 394, 642 S.E.2d 471 (2007), affirming an amended order signed on 31 July 2006 by Judge Shelly S. Holt in District Court, New Hanover County. Heard in the Supreme Court 13 November 2007.

*Dean W. Hollandsworth for petitioner-appellee New Hanover County Department of Social Services.*

*Elizabeth Boone for appellee Guardian ad Litem.*

*Richard Croutharmel for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.